IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN THE MATTER OF: )  CASE NO. 06-50692
) JUDGE SHEA-STONUM
MICHAEL LAWRENCE NELSON ) CHAPTER 7
LINDA SUE NELSON )
)
DEBTORS )

## TRANSMITTAL OF UNCLAIMED FUNDS

KATHRYN A. BELFANCE, Trustee of this estate, reports the following:

1. Sixty days have passed since the initial distribution in this case. The following checks have been returned undeliverable and/or stop payments have been issued on all outstanding checks. The names of the persons to whom such un-negotiated checks were issued, the amount of such checks and their last known addresses are:

CHASE                                                $1,016.16
P.O. BOX 100045
KENNESAW, GA 30156

2. Trustee's check for $1,016.16, payable to the Clerk of the United States Bankruptcy Court, is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: July 12, 2010

KATHRYN A. BELFANCE
KATHRYN A. BELFANCE
TRUSTEE

Ck # 10127
receipt # 81604